Timothy Mojonnier, appellee, v. Emil Geest, appellant. Gen. No. 34,739.

Opinion filed May 19, 1931. Rehearing denied June 1, 1931.
Benjamin H. Black, for appellant. Charles C. Bartlett, for appellee; Norman P. Willard, of counsel.
Mr. Justice Kerner delivered the opinion of the court.

Ahlbell Battery Container Corporation, plaintiff in error, v. Snyder & Hay, Inc., defendant in error. Gen. No. 34,749.

Opinion filed May 19, 1931. Rehearing denied May 29, 1931.
James R. Quinn, for plaintiff in error. Lewis W. Parker, for defendant in error.
Mr. Justice Kerner delivered the opinion of the court.

Christian Gross, defendant in error, v. Virginia R. H. Gross, plaintiff in error. Gen. No. 34,768.

Opinion filed May 19, 1931.
Thomas Hart Fisher, for plaintiff in error. Cantwell & Cantwell, for defendant in error.
Mr. Justice Kerner delivered the opinion of the court.